IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model with regard to AMS. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before September 30, 2017; if settlements are not finalized and dismissal orders are not submitted by September 30, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

---

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2637 and send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – ROBERT J. FENSTERSHEIB & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-06208 | Malissa Anne Stanley, Travis J. Stanley v. American Medical Systems, Inc. |
| 2:12-CV-08893 | Shelia Dianne Woods, Charles Woods v. American Medical Systems, Inc. |
| 2:13-CV-01809 | Cynthia Camara v. American Medical Systems, Inc. |
| 2:13-CV-02670 | Sherri Elaine Cloud v. American Medical Systems, Inc. |
| 2:13-CV-03450 | Madeline Mills, Terrance A. Mills v. American Medical Systems, Inc. |
| 2:13-CV-03571 | Teresa Farrell, Michael Farrell v. American Medical Systems, Inc. |
| 2:13-CV-04022 | Marcianne Carter, Lawrence Carter v. American Medical Systems, Inc. |
| 2:13-CV-04151 | Deniza Gardner v. American Medical Systems, Inc. |
| 2:13-CV-04664 | Tara Stauffer, Jeremy Stauffer v. American Medical Systems, Inc. |
| 2:13-CV-04814 | Nancy Stonecypher, Harold Stonecypher v. American Medical Systems, Inc. |
| 2:13-CV-05252 | Paula K. Newland, Leonard E. Newland v. American Medical Systems, Inc. |
| 2:13-CV-05420 | Lisa R. Quinones v. American Medical Systems, Inc. |
| 2:13-CV-05960 | Karen Joyce, Russell Leaf v. American Medical Systems, Inc. |
| 2:13-CV-05977 | Cristal Woodworth v. American Medical Systems, Inc. |
| 2:13-CV-07352 | Marjorie M. Densmore, Gary D. Densmore v. American Medical Systems, Inc. |
| 2:13-CV-07361 | Pamela P. Zahn v. American Medical Systems, Inc. |
| 2:13-CV-07364 | Angela Valdez, Ismael Valdez v. American Medical Systems, Inc. |
| 2:13-CV-07426 | Jennifer Price, Michael Meeks Sr. v. American Medical Systems, Inc. |
| 2:13-CV-07774 | Amy Munsinger v. American Medical Systems, Inc. |
| 2:13-CV-08117 | Samantha Lambert-Manns v. American Medical Systems, Inc. |
| 2:13-CV-08397 | Virginia C. Linch, Ronald S. Linch v. American Medical Systems, Inc. |
| 2:13-CV-08858 | Ruthie Coppinger v. American Medical Systems, Inc. |
| 2:13-CV-09709 | Margaret Nell Patrick, Elmer Patrick v. American Medical Systems, Inc. |
| 2:13-CV-10484 | Shelly Watts v. American Medical Systems, Inc. |
| 2:13-CV-11126 | Mary Rinehart, Rick Rinehart v. American Medical Systems, Inc. |
| 2:13-CV-11515 | Mary Jane Andersen, Ronald C. Andersen v. American Medical Systems, Inc. |

| 2:13-CV-12211 | Deanna Collins v. American Medical Systems, Inc. |
|---|---|
| 2:13-CV-13822 | Lydia Stough v. American Medical Systems, Inc. |
| 2:13-CV-13838 | Karina Menendez, Michael Finkelstein v. American Medical Systems, Inc. |
| 2:13-CV-14018 | Carolyn B. Tresenriter, Richard Tresenriter v. American Medical Systems, Inc. |
| 2:13-CV-15109 | Kathy D. Lewis v. American Medical Systems, Inc. |
| 2:13-CV-15659 | Juanita A. Thomas, Jerry L. Thomas v. American Medical Systems, Inc. |
| 2:13-CV-15687 | Betty Munroe, Robert Munroe v. American Medical Systems, Inc. |
| 2:13-CV-18132 | Patty Seastrunk v. American Medical Systems, Inc. |
| 2:13-CV-19679 | Christy Y. Sipes v. American Medical Systems, Inc. |
| 2:13-CV-19792 | Kristi Goodman, Scott Goodman v. American Medical Systems, Inc. |
| 2:13-CV-19806 | Angela Taylor v. American Medical Systems, Inc. |
| 2:13-CV-19811 | Dolores Winderweedle, Bryan Winderweedle v. American Medical Systems, Inc. |
| 2:13-CV-19872 | Shammie Johnson v. American Medical Systems, Inc. |
| 2:13-CV-19900 | Nancy Gonzalez v. American Medical Systems, Inc. |
| 2:13-CV-19908 | Kimberly Jo Smith v. American Medical Systems, Inc. |
| 2:13-CV-19933 | Frances Rosalie King, James Leon King v. American Medical Systems, Inc. |
| 2:13-CV-19967 | Shirley White v. American Medical Systems, Inc. |
| 2:13-CV-20031 | Phyllis Nielsen, Lynne Calmus, POA v. American Medical Systems, Inc. |
| 2:13-CV-20039 | Sheila Smith, Al Smith v. American Medical Systems, Inc. |
| 2:13-CV-20092 | Tamara Denise Palmer, Henry Findlay v. American Medical Systems, Inc. |
| 2:13-CV-20522 | Jeanne M. Ackerer v. American Medical Systems, Inc. |
| 2:13-CV-20661 | Rebecca Avans, Danny Sylvester Avans v. American Medical Systems, Inc. |
| 2:13-CV-20984 | Leah R. Ewert, Peter W. Ewert v. American Medical Systems, Inc. |
| 2:13-CV-21697 | Renee Paladino Hyde, Michael Hyde v. American Medical Systems, Inc. |
| 2:13-CV-22203 | Leslie Collins v. American Medical Systems, Inc. |
| 2:13-CV-22258 | Maria Gonzalez, Francisco Gonzalez v. American Medical Systems, Inc. |
| 2:13-CV-22399 | Jacqueline Lamartina v. American Medical Systems, Inc. |
| 2:13-CV-22404 | Leora Smith v. American Medical Systems, Inc. |
| 2:13-CV-22540 | Mary Phyllis Latassa, John Latassa v. American Medical Systems, Inc. |
| 2:13-CV-22849 | Latonia Steele, Miles Steele v. American Medical Systems, Inc. |
| 2:13-CV-22993 | Michelle Matejcik v. American Medical Systems, Inc. |
| 2:13-CV-23126 | Kathrina Helms v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-CV-27849 | Elizabeth Fazio v. American Medical Systems, Inc. |
| 2:13-CV-28652 | Jennifer D. Heckert, Warren Heckert v. American Medical Systems, Inc. |
| 2:13-CV-29547 | Deidra S. Stewart v. American Medical Systems, Inc. |
| 2:13-CV-29731 | E'lan Lake v. American Medical Systems, Inc. |
| 2:13-CV-30069 | Sandra J. Garthaffner, Robert Garthaffner v. American Medical Systems, Inc. |
| 2:13-CV-30496 | Sally M. Wheatley, Dana Wheatley v. American Medical Systems, Inc. |
| 2:13-CV-30498 | Michelle Tyler, Brian Tyler v. American Medical Systems, Inc. |
| 2:13-CV-30832 | Patricia Porzig v. American Medical Systems, Inc. |
| 2:13-CV-32164 | Argentina Portocarrero v. American Medical Systems, Inc. |
| 2:14-CV-00287 | Andrea Blalock v. American Medical Systems, Inc. |
| 2:14-CV-05260 | Elloise Miller, Johnny Miller v. American Medical Systems, Inc. |
| 2:14-CV-06275 | Lea Santello v. American Medical Systems, Inc. |
| 2:14-CV-07094 | Aubria Shaw v. American Medical Systems, Inc. |
| 2:14-CV-12341 | Miriam Barreras, Gaspar Barreras v. American Medical Systems, Inc. |
| 2:14-CV-13405 | Ingeborg Fothe, Herman Fothe v. American Medical Systems, Inc. |
| 2:14-CV-14727 | Jill Quick, Dean Quick v. American Medical Systems, Inc. |
| 2:14-CV-15240 | Maura R. Mears, Doyle Mears v. American Medical Systems, Inc. |
| 2:14-CV-15496 | Elizabeth A. Kakides v. American Medical Systems, Inc. |
| 2:14-CV-16632 | Spring Reimer, Brian Reimer v. American Medical Systems, Inc. |
| 2:14-CV-17944 | Maria Mora, Carlos Guimet v. American Medical Systems, Inc. |
| 2:14-CV-17970 | Julie Dorn, Roy F. Dorn III v. American Medical Systems, Inc. |
| 2:15-CV-14544 | Elizabeth Maser v. American Medical Systems, Inc. |